IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BENJAMIN WRIGHT**                                                                                          **PETITIONER**
Reg #91792-020

v.                          Case No. 2:14-cv-00018-KGB-JTK

**ANTHONY HAYNES,**                                                                                        **RESPONDENT**
Warden, FCI—Forrest City

## ORDER

Before the Court is petitioner's motion for dismissal of petition (Dkt. No. 14). Petitioner seeks dismissal without prejudice of his petition so that he may file it in another district. Accordingly, the Court grants petitioner's motion and dismisses without prejudice his petition.

SO ORDERED this 8th day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE