IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BENJAMIN WRIGHT**                                                                                    **PETITIONER**
Reg #91792-020

v.                          Case No. 2:14-cv-00018-KGB-JTK

**ANTHONY HAYNES,**                                                                                 **RESPONDENT**
Warden, FCI—Forrest City

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that the petition is dismissed without prejudice.

SO ADJUDGED this 8th day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE